UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JONES,

        Plaintiff,

Case No: 25-11474
Hon. F. Kay Behm
U.S. District Judge

v.

CITY OF BIRMINGHAM, *et. al.*,

        Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 25, 2025, the court granted Plaintiff's application to proceed without prepaying fees and costs, and directed him to complete and return the service documents within 14 days of receiving that notice. ECF No. 7, 8. More than thirty days have passed since then, with no notice from Plaintiff. The case is accordingly dismissed without prejudice for failure to comply and failure to prosecute pursuant to Fed. R. Civ. P. 41(b). An order of judgment will follow.

    **SO ORDERED**.

Date: July 28, 2025                      s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge